MORGAN, LEWIS & BOCKIUS LLP
Charles J. Malaret, Bar No. 144001
charles.malaret@morganlewis.com
Kathryn T. McGuigan, Bar No. 232112
kathryn.mcguigan@morganlewis.com
Emily L. Calmeyer, Bar No. 307432
emily.calmeyer@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendants,
RAYMOND FU and SHISEIDO AMERICAS
CORPORATION (f/k/a GIARAN, INC.)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASO GOUNTOUMAS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GIARAN, INC., a Delaware corporation; RAYMOND FU, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-CV-07720-JFW(PJWx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS, OR IN THE ALTERNATIVE STAY ACTION**<br><br>*[Memorandum of Points and Authorities In Support Thereof; Declarations of Charles J. Malaret and Yun "Raymond" Fu In Support Thereof; and [Proposed] Order filed concurrently herewith]*<br><br>*Honorable John F. Walter*<br>Place:    Courtroom 7A<br>              United States Courthouse<br>              350 W. 1st Street<br>              Los Angeles, CA 90012<br><br>Date:    November 19, 2018<br>Time:    1:30 p.m. |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 34500228.2

DEFENDANTS' NOTICE OF MOTION
AND MOTION TO COMPEL ARBITRATION

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on November 19, 2018, at 1:30 p.m. or as soon thereafter as may be heard in Courtroom 7A of this Court, located at 350 West 1st Street, Los Angeles, CA 90012, Defendants Yun "Raymond" Fu ("Raymond Fu") and Giaran, Inc. ("Giaran," n/k/a Shiseido Americas Corporation) (collectively referred to herein as "Defendants"), will and hereby move this Court for an Order compelling Plaintiff Vaso Gountoumas ("Plaintiff") to arbitrate the claims alleged in this action and to dismiss, or in the alternative stay Plaintiff's action.

Defendants move to compel and dismiss Plaintiff's claims for the following reasons:

First, Plaintiff's claims are subject to binding arbitration pursuant to the consulting agreement that Plaintiff signed. Plaintiff's consulting agreement contains an arbitration provision requiring Plaintiff to arbitrate any controversy or claim arising out of or relating to her work for Giaran. Under federal, Massachusetts, and California law, Plaintiff entered into a valid and binding arbitration agreement covering the scope of Plaintiff's claims. Therefore, her claims should be compelled to arbitration. Moreover, any question of arbitrability should be for the arbitrator to decide.

Second, because Plaintiff's claims should be compelled to arbitration and are within the scope of the arbitration provision contained in Plaintiff's consulting agreement, dismissal of this action is appropriate under federal law. In the alternative, in order to save conserve the time and resources of the Court and parties, Plaintiff's action should be stayed.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on September 6, and October 10-12, 2018. This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Charles J. Malaret and Yun "Raymond"

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 34500228.2

- 1 -

DEFENDANTS' NOTICE OF MOTION
AND MOTION TO COMPEL ARBITRATION

1  Fu in support thereof, and all exhibits attached thereto, evidence to which the Court
2  may take judicial notice, the complete record in this action, and any other evidence
3  as may be presented by Defendants at or before the hearing on this Motion.

5  Dated: October 15, 2018        MORGAN, LEWIS & BOCKIUS LLP

7                                 By: /s/ Charles J. Malaret
                                       Charles J. Malaret
8                                      Kathryn T. McGuigan
                                       Emily L. Calmeyer
9
                                       Attorneys for Defendants, Shiseido
10                                     Americas Corporation and Raymond Fu

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

- 2 -

DEFENDANTS' NOTICE OF MOTION
AND MOTION TO COMPEL ARBITRATION

DB2/ 34500228.2